UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 14 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ J DEPUTY

Jessie Buckey
  Plaintiff

Case No. CV-05-1100-PHX-JWS

V

Akil Davis, et al.

MOTION FOR ORDER DIRECTING CLERK TO PROVIDE SERVICE PACKET

Plaintiff Jessie Buckey appearing in propria persona, hereby moves the court, in its supervisory power for an order directing the clerk to provide a service packet to this Plaintiff in order for him to initiate service upon above mentioned defendants.

Plaintiff is presently in custody of the Maricopa County Sheriffs office.

The proposed complaint alledges outrageous conduct in his Bivens action (28 USC § 1331 - 403 US 388)(1971) against above mentioned defendants.

Plaintiff attempted to provide service on the defendants through the inmate legal services department at the 4th Ave Jail where he is presently being housed but was refused doing so because he has not been provided a service packet by your honors court.

Plaintiff begs this honorable court to provide said service packet.

Respectfully
Jessie A. Buckey

Jessie Buckey #D032516
4Th Avenue Jail #301.25
201 South 4Th Ave.
Phoenix, AZ. 85003

MAILING LIST

c/o Judge John W. Sedwick
Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W Washington St. SPC 1 Suite 130
Phoenix, AZ 85003-2118

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date __SEP - 9 2005_____,

I ___ filed  ✓  mailed the original and one (1) copy to the Clerk of the

✓ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona.

___ Judge, _____, Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona,

___ Public Defender, Maricopa County, State of Arizona.

___ Attorney, _____

___

*[signature]*

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6/10/04